FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MARK HART,<br><br>               Plaintiff,<br><br>      v.<br><br>DR. DANIEL VARNELL, DR. PATRICIA ZIESLER, CMHPM CRYSTAL CONTRERAS, DR. MARY PETERSON, DR. ERIC RAINEY-GIBSON, DR. BRUCE GAGE, DR. ROD PETERSON, DR. KARIE RAINER, and JOHN OR JANE DOES,<br><br>               Defendants. | No. 4:19-cv-05007-SMJ<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT** |

Before the Court, without oral argument, is *pro se* Plaintiff Jason Mark Hart's "Affidavit of Default Judgment," ECF No. 37, which the Court construes as a motion for default judgment against Defendant Daniel Varnell, M.D. The motion is addressed to the Clerk's Office and seeks entry of judgment in the amount of $30,000,000.00 against Defendant Varnell because he has not appeared or filed an Answer. *Id.* at 1.

Default judgment by the Clerk is only available "against a defendant who has been defaulted for not appearing" under Rule 55(a). Fed. R. Civ. P. 55(b).

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 1

Further, default judgment is not available as to a defendant against whom service of process has not been affected. *See* Fed. R. Civ. P. 55(a)–(b); *see also Hicks v. Kuula*, No. 05-5137 FDB, 2005 WL 8173059, at *1 (W.D. Wash. Aug. 3, 2005) ("It is axiomatic that service of process must be effective under the Federal Rules of Civil Procedure before a default or a default judgment may be entered against a defendant.").

Plaintiff has not sought entry of default as to Defendant Varnell. Moreover, Defendant Varnell has not been served in this matter. Most recently, the Court received notice that Defendant Varnell no longer lives at the address where the U.S. Marshals Service attempted to serve him, and the Court directed service of process at Defendant Varnell's new address. ECF No. 47. Entry of default or default judgment are therefore inappropriate at this time. *See* Fed. R. Civ. P. 55(a).

Accordingly, **IT IS HEREBY ORDERED**:

Plaintiff's construed motion for entry of default judgment against Defendant Varnell, **ECF No. 37**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Plaintiff and all counsel.

**DATED** this 24th day of February 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 2