FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MARK HART,<br><br>                Plaintiff,<br><br>      v.<br><br>ERIC RAINEY-GIBSON, PH.D., BRUCE GAGE, M.D., and JANE or JOHN DOES,<br><br>                Defendants. | No.   4:19-cv-05007-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 12, 2021, Plaintiff Jason Mark Hart filed a Motion to Withdraw ENTIRE Civil Complaint, 4:19-cv-05007-SMJ, In Its Entirety, ECF No. 111, which the Court construes as notice of voluntary dismissal. Also pending before the Court is Defendants Eric Rainey-Gibson, Ph.D. and Bruce Gage, M.D.'s motion for summary judgment. ECF No. 87. Consistent with Plaintiff's request and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's construed notice of voluntary dismissal, **ECF No. 111**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING CASE – 1

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and *pro se* Plaintiff Jason Mark Hart.

**DATED** this 13th day of January 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2